

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 2 2022

CLERK, U.S. DISTRICT COURT

By_____
            Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

BRANDON JOE GOODAN

No. 5:22-CR-058-H-BQ

### INDICTMENT

The Grand Jury Charges:

### Count One
### Escape from Federal Custody
### (Violation of 18 U.S.C. § 751(a))

On or about June 11, 2022, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Brandon Joe Goodan**, defendant, did knowingly escape, attempt to escape, and depart without permission from federal custody at Dismas Charities, 709 E. 49th Street, Lubbock, Texas, an institution and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of the felony offense of Unlawful Use of a Communication Facility, in violation of Title 21, United States Code, Section 843(b), defendant knowing that he did not have permission to leave federal custody.

In violation of Title 18, United States Code, Section 751(a).

**Brandon Joe Goodan**
**Indictment - Page 1**

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7559
Facsimile:    806-472-7394
E-mail:       jeffrey.haag@usdoj.gov

Brandon Joe Goodan
Indictment - Page 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

BRANDON JOE GOODAN

INDICTMENT

COUNT 1:      ESCAPE FROM FEDERAL CUSTODY
              Title 18, United States Code, Section 751(a).

(1 COUNT)

A true bill rendered:
Amarillo _____ _____ Foreperson

Filed in open court this __22nd__ day of __June__ , 2022.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY

_____
UNITED STATES MAGISTRATE JUDGE