## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### LUBBOCK DIVISION

| | |
|---|---|
| JUDGE: D. GORDON BRYANT, JR. | |

| | |
|---|---|
| DEPUTY CLERK: BHILL | COURT REPORTER/TAPE NO: FTR - DIGITAL |
| LAW CLERK: N/A | USPO/PTSO: TRAYANOVA |
| INTERPRETER: N/A | COURT TIME: 7 MINS |
| DIVISION HELD: Lubbock | DATE: Jun 24, 2022    TIME: 9:00 AM |

CR. NO. 5:22-CR-058-H-BQ _____ DEFT __1__

UNITED STATES OF AMERICA                              §    JEFF HAAG _____, AUSA

V.                                                    _____

BRANDON JOE GOODAN                                    §    _____

_____

DEFENDANT(S) NAME(S) AND NUMBER(S)    §    COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

X INITIAL APPEARANCE ___IDENTITY ___BOND HEARING ___PRELIMINARY HEARING

___DETENTION HEARING ___COUNSEL DETERMINATION HEARING ___REMOVAL HEARING ___EXTRADITION HEARING

___HEARING CONTINUED ON _____CASE NO. _____ ___OTHER DISTRICT ___DIVISION

X DATE OF FEDERAL ARREST/CUSTODY: 06/1522 ___SURRENDER_____ ___RULE 5/32 X APPEARED ON WRIT

X DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ___PROBATION/SUPERVISED RELEASE VIOLATOR

___DEFT FIRST APPEARANCE WITH COUNSEL.

X DEFT ___MW (MATERIAL WITNESS) _____ APPEARED ___WITH X WITHOUT COUNSEL

X REQUESTS APPOINTED COUNSEL.

X FINANCIAL AFFIDAVIT EXECUTED.

X ORDER APPOINTING FEDERAL PUBLIC DEFENDER.

___PRIVATE COUNSEL APPOINTED _____

___DEFT HAS RETAINED COUNSEL_____

X ARRAIGNMENT SET Wednesday, 06/29/22 at 9:30 am    X DETENTION HEARING SET ___Moot___

___PRELIMINARY HEARING SET _____ ___BOND HEARING SET _____

___COUNSEL DETERMINATION HEARING SET _____

___IDENTITY/REMOVAL HEARING SET _____

___BOND ___SET ___REDUCED TO $ _____ ___CASH ___SURETY ___10% ___PR ___UNS ___3RD PTY ___MW

___NO BOND SET AT THIS TIME, ___DAY DETENTION ORDER TO BE ENTERED.

___ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.

X ORDER OF DETENTION PENDING TRIAL ENTERED.

___DEFT ADVISED OF CONDITIONS OF RELEASE.

___BOND EXECUTED ___DEFT ___MW RELEASED ___STATE AUTHORITIES ___INS

X DEFT ___MW X REMANDED TO CUSTODY.

___DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.

___WAIVER OF ___PRELIMINARY HEARING ___RULE 5/32 HEARING ___DETENTION HEARING

___COURT FINDS PROBABLE CAUSE ___ID ___PC.

___DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.

X ~~GOVERNMENT~~ DEFT ADVISED HAS THE RIGHT TO NOTIFY FOREIGN CONSULAR.(IF NOT A U.S. CITIZEN)

REMARKS: Defendant is currently in federal custody; Detention moot until becomes viable issue._____