CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 2022 OCT -3 PM 3: 50
LUBBOCK DIVISION

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.                                              NO. 5:22-CR-058-H

BRANDON JOE GOODAN

## FACTUAL RESUME

In support of Brandon Joe Goodan's plea of guilty to the offense in Count One of the Indictment, Goodan, the defendant, Sarah Gunter, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 18 U.S.C. § 751(a), that is, Escape from Federal Custody, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*      That the defendant was in federal custody;

*Second.*      That the defendant was in federal custody due to a lawful arrest on a felony charge or due to a conviction for any offense;

*Third.*      That the defendant left or attempted to leave federal custody without permission; and

*Fourth.*      That the defendant knew leaving would result in his absence from federal custody.

To be "in federal custody" within the meaning of this statute, an individual must be detained by the Attorney General or his authorized representative or confined in an institution or facility by direction of the Attorney General or by virtue of any process

---

[1] Fifth Circuit Pattern Jury Instruction 2.34 (5th Cir. 2019).

**Brandon Joe Goodan**
**Factual Resume—Page 1**

issued under the laws of the United States by any court, judge, or magistrate judge, or by lawful arrest by an officer or employee of the United States.

### STIPULATED FACTS

1. Brandon Joe Goodan, defendant, admits and agrees that on or about June 11, 2022, in the Lubbock Division of the Northern District of Texas, and elsewhere, he did knowingly escape, attempt to escape, and depart without permission from federal custody at Dismas Charities, 709 E. 49th Street, an institution and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of the felony offense of Unlawful Use of a Communications Facility, in violation of Title 21, United States Code, Section 843(b), defendant knowing that he did not have permission to leave federal custody. In violation of Title 18, United States Code, Section 751(a).

2. At all times material to this factual resume, Brandon Joe Goodan was in federal custody at Dismas Charities, 709 E. 49th Street, a facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Texas upon conviction for the commission of the felony offense of Unlawful Use of a Communications Facility, No. 2:16-CR-061-D(03).

3. On June 11, 2022, Dismas Charities staff conducted a head count at 3:32 p.m. Goodan was not seen in his bunk when the head count was conducted. Staff did a search inside the facility and outside of the facility and he was not on the premises. Staff

Brandon Joe Goodan
Factual Resume—Page 2

reviewed camera footage and inmate Goodan was seen leaving out of the front entrance around 12:30 p.m.  Goodan did not have permission to leave Dismas Charities.

4.    On June 17, 2022, Goodan was arrested in Abilene, Texas, by the Abilene Police Department.  Goodan knew leaving would result in his absence from custody without permission.

5.    The defendant agrees that the defendant committed all the essential elements of the offense.  This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case.  The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Indictment.

AGREED TO AND STIPULATED on this __3rd__ day of __October_____, 2022.

                                  CHAD E. MEACHAM
                                  UNITED STATES ATTORNEY

_____

Brandon Joe Goodan
Defendant

                                  JEFFREY R. HAAG
                                  Assistant United States Attorney
                                  West Texas Branch Chief
                                  Texas State Bar No. 24027064
                                  1205 Texas Avenue, Suite 700
                                  Lubbock, Texas  79401
                                  Telephone:    806-472-7559
                                  Facsimile:     806-472-7394
                                  E-mail:          jeffrey.haag@usdoj.gov

_____

Sarah Gunter
Attorney for Defendant