**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
Lubbock Division

HONORABLE: D. GORDON BRYANT, JR.          PRESIDING   2022 OCT -7 AM 10: 37

DEPUTY CLERK: BHILL                        COURT REPORTER/TAPE NUMBER: FTR - DIGITAL

LAW CLERK: N/A                             USPO: EVANS        BMF

INTERPRETER: N/A                           Date:   Oct 7, 2022

---

Cr. No. 5:22-CR-058-H-BQ          DEFT. No.   1

UNITED STATES OF AMERICA          §
V.                                §          ANN HOWEY                          , AUSA
                                  §
BRANDON JOE GOODAN                §          SARAH GUNTER  (F)
                                  §
Defendant's Name                             Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

---

## ~~ARRAIGNMENT~~/REARRAIGNMENT

Time in Court:   16 mins   (9:00- 9:16 am)

Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month   ☐ Directed Verdict  ☐ Evidence Entered
               ☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
               ☐ Mistrial     ☐ Settled/Guilty  ☒ None

Days in Trial: _____

Hearing Concluded: ☒ Yes   ☐ No

    ☒ Defendant SWORN.
    ☐ Arraignment        ☒ Rearraignment - Held on count (s)   1
       of the   1     count(s) ☒ Indictment      ☐ Information    ☐ Superseding Indictment   ☐ Complaint
                                                                 ☐ Superseding Information
    ☐ Sentencing Guidelines
    ☒ Deft enters a plea of         ☐ Not Guilty     ☒ Guilty       ☐ Nolo
    ☐ Waiver of Jury Trial
    ☐ Waiver of Indictment filed
    ☒ Plea Agreement accepted        ☐ Court defers acceptance of Plea Agreement
    ☒ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
    ☐ Plea Agreement included with Factual Resume.
    ☒ Factual Resume filed.
    ☐ Sentencing set  Date: _____    Time: _____
    ☐ Trial set for   Date: _____  Time: _____
       Pretrial motions due: _____    Discovery motions/Government Responses due: _____
    ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
    ☐ PSI waiver filed. PSI due: _____   Pre-sentence Referral Form to: _____
    ☐ Deft Bond      ☐ Set   ☐ reduced to $ _____   ☐ Cash    ☐ Surety  ☐ 10%    ☐ PR
    ☐ Deft failed to appear, bench warrant to issue.
    ☐ Bond       ☐ continued      ☐ forfeited
    ☒ Deft Custody/Detention continued.
    ☒ Deft REMANDED to custody.

OTHER PROCEEDINGS:  Magistrate Judge recommends Guilty Plea be Accepted; Report and Recommendation to be Entered; 14 days to Object.