IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

BRANDON JOE GOODAN

No. 5:22-CR-058-H
ECF

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America requests that this Court revoke the supervised release of Brandon Joe Goodan as follows:

### Facts

On or about January 26, 2023, this Court sentenced Goodan to 12 months and 1 day imprisonment and a three-year term of supervised release for violating Title 18, United States Code, Section 751(a), Escape from Federal Custody. Goodan began his term of supervised release on November 14, 2023.

### Violation of Supervised Release Conditions

Goodan violated the terms and conditions of his supervised release in the following respects:

VIOLATION OF MANDATORY CONDITION: You must not unlawfully possess a controlled substance.

VIOLATION OF MANDATORY CONDITION: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

VIOLATION OF SPECIAL CONDITION: The defendant shall participate in a

Motion to Revoke Supervised Release - Page 1

program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. You shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment. You shall contribute to the costs of services rendered (copayment) at a rate of at least $25.00 per month.

Goodan violated these conditions of supervised release by using and possessing marijuana, an illegal controlled substance.  On December 6, 2023, Goodan admitted to his probation officer that he had used "THC" on November 23, 2023.  On January 9, 2024, Goodan submitted a urine sample that tested positive for marijuana.  On May 3, 2024, Goodan admitted to using "THC" around January 9, 2024.  On March 7, 2024, Goodan admitted that he had used marijuana on February 20, 2024.  On May 6, 2024, Goodan admitted that he had used marijuana between April 4 and April 9, 2024.   Finally, on May 3, 2024, Goodan admitted that he had used "THC" on April 26, 2024.

**Motion to Revoke Supervised Release - Page 2**

The United States respectfully requests that this Court revoke the defendant's supervised release, and that the Court order the defendant to the custody of the Attorney General to serve a sentence as determined by the Court.

<div style="margin-left: 50%;">

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

s/ Jeffrey R. Haag
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806.472.7559
Facsimile:    806.472.7394
E-mail:        jeffrey.haag@usdoj.gov

</div>

**Motion to Revoke Supervised Release - Page 3**