FILED - USDC - NDTX - AB
JUN 6 2024 AM 11:46

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | CASE NO. 5:22-CR-00058-H-BQ |
| v. | § | |
| | § | |
| BRANDON JOE GOODAN (1) | § | |
| | § | |
| | § | |

### ORDER OF DETENTION AND FINDING PROBABLE CAUSE

The United States Probation Office petitioned the Court for a violator's warrant, alleging the Defendant violated certain terms of his supervised release. Thereafter, issuance of a warrant was ordered by the United States District Judge, followed by a Motion to Revoke Supervised Release on behalf of the United States. A Preliminary Revocation Hearing and Detention Hearing, pursuant to Federal Rules of Criminal Procedure 32.1(b)(1) and 32.1(a)(6), respectively, were set for June 6, 2024. Defendant was represented by counsel. Based upon the evidence presented, the Court finds that there is probable cause to believe that the Defendant violated certain conditions of supervised release as alleged in the Motion. Defendant shall be set for Revocation Hearing pursuant to Federal Rules of Criminal Procedure 32.1(b)(1)(C).

Proceeding to the issue of detention, the Defendant, through counsel, presented his case. Based on the evidence presented, the Defendant failed to meet his burden of showing by clear and convincing evidence that he will not flee or pose a danger to any other person or the community, and that he should be released pending the revocation.

Accordingly, it is ORDERED that the Defendant be detained until such time as a Revocation Hearing can be conducted.

The Clerk will furnish a copy of this Order to each attorney of record.

DATED:  6th day of June, 2024.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE